# In the United States Court of Federal Claims

No. 21-1489

(Filed: April 24, 2025)

```
* * * * * * * * * * * * * * * * *   *
                                    *
DONALD E. BEDWELL, et al.,          *
                                    *
                  Plaintiffs,       *
                                    *
         v.                         *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
* * * * * * * * * * * * * * * * *   *
```

## ORDER

On April 17, 2025, eight Plaintiffs filed Notices of acceptance of the government's offers of judgment pursuant to Rule 68 of the Rules of the United States Court of Federal Claims ("RCFC"). *See* ECF No. 72. The parties have requested that the Court direct the entry of judgment pursuant to RCFC 54(b) as follows:

| Plaintiff | Parcel Number | Offer of Judgment | Daily Interest After 4/4/25 |
|---|---|---|---|
| Bedwell, Donald E. | 84-10-17-200-014.000-018 | $33,315.06 | $4.51 |
| Plascak, Martin E. & Brenda L. | 84-10-16-378-002.000-018 | $7,803.56 | $1.06 |
| Plascak, Martin E. & Brenda L. | 84-10-16-378-001.000-018 | | |
| Decker, Shawn W. | 84-10-16-377-012.000-018 | $21,049.75 | $2.85 |
| McCammon, Keith A. & McCammon-Bement, Melinda D. | 84-10-21-202-002.000-020 | $4,975.78 | $0.67 |
| Camp, James P.E. & Marsha | 84-10-21-204-002.000-020 | $11,220.12 | $1.52 |
| Kiefner, Robert L. | 84-10-21-235-001.000-020 | $10,607.13 | $1.44 |

| | | | |
|---|---|---|---|
| Sons, Troy Alan | 84-10-21-235-002.000-020 | $5,045.93 | $0.68 |
| Proctor, Thomas | 84-10-16-351-006.000-018 | $3,294.63 | $0.45 |
| **TOTAL** | | **$97,311.96** | **$13.18** |

The offers of judgment encompass any and all claims for damages and just compensation under the Fifth Amendment which were or could have been alleged by the above-listed Plaintiffs in this action. *Id.* at 2. However, in each offer and notice of acceptance, the parties have advised that "[t]he amounts recoverable by the above-named Plaintiffs as costs, expenses, and attorneys' fees will be determined separately pursuant to the Uniform Relocation Assistance & Real Property Acquisition Policies Act of 1970, 42 U.S.C. § 4654(c)." *Id.*

The Court finds no just reason for delay and accordingly **DIRECTS** the Clerk to **ENTER JUDGMENT** pursuant to RCFC 54(b) in the total amount of $97,311.96 plus daily interest from April 4, 2025 through the date of payment, as set forth in the above table. Furthermore, on or before **July 1, 2025**, the eight above-listed Plaintiffs and the government **SHALL** file a joint status report informing the Court how they anticipate addressing the issue of costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge